UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

                              CASE NO.: 6:15-bk-04802-ABB

LEONARDO PEREZ

                              CHAPTER: 13

        Debtor(s).
_____/

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS
*1800 Silver Valley Court, Apopka, FL 32712*

**PLEASE TAKE NOTICE** that BRIAN L. ROSALER, ESQ. of POPKIN & ROSALER, P.A., on behalf of FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), CREDITOR C/O SETERUS, INC. AS THE AUTHORIZED SUBSERVICER., Secured Creditor, hereby enters its appearance in the above proceeding, and pursuant to Bankruptcy Rule 2002, requests that its name be added to the mailing list maintained by the Clerk in the above case, and that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the attorney for Secured Creditor for property *1800 Silver Valley Court, Apopka, FL 32712*.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the MIDDLE District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in the Local Rules.

Dated: July 1, 2015

                                      Respectfully submitted,

                                    /s/ BRIAN L. ROSALER

                                  **BRIAN L. ROSALER**
                                  Florida Bar No.: 0174882
                                  **POPKIN & ROSALER, P.A.**
                                  Attorney for Secured Creditor
                                  1701 West Hillsboro Boulevard, Ste 400
                                  Deerfield Beach, FL  33442
                                  Telephone: (954) 360-9030
                                  Facsimile: (954) 420-5187
                                  Email: bankruptcy@popkinrosaler.com

15-40941B

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was provided via electronic and/or Regular U.S. Mail to the parties listed on the below service list, this this  1  day of  July , 2015.

Leonardo Perez
1800 Silver Valley Court
Apopka, FL 32712

Trustee
Laurie K Weatherford
Post Office Box 3450
Winter Park, FL 32790

U.S. Trustee
United States Trustee - ORL7/13, 7
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

By:    /s/ BRIAN L. ROSALER
     **BRIAN L. ROSALER**
     Florida Bar No.: 0174882

15-40941B