[Dodsmdef] [Dismissing for Deficiencies]

ORDERED.

**Dated: July 7, 2015**

Arthur B. Briskman
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                                         Case No. 6:15–bk–04802–ABB
                                                                                                Chapter 13
Leonardo Perez


_____Debtor*_____/

ORDER DISMISSING CASE

   The Debtor has failed to file or correct deficiencies in the item(s) indicated below by July 6, 2015 . The Court advised the Debtor of these requirements in either a Clerk's Notice of Filing Requirements or by separate Order of the Court.

   Failure to file a Chapter 13 Plan.

   Failure to file Schedules A–J.

   Failure to file Statement of Current Monthly Income.

   Failure to file Statement of Financial Affairs.


   Accordingly, it is **ORDERED**:

   1.  The case is dismissed without a discharge.

   2.  If the automatic stay imposed by 11 U.S.C. Section 362(a) or Section 1301 is in effect at the time this Order is entered, the stay is extended for 14 days from the date of this Order, notwithstanding the provisions of 11 U.S.C. Section 362(c)(2)(B).  If the Debtor files a motion for relief from this Order within the 14–day period, then the stay will remain in effect until the Court rules on such timely filed motion.

   3.  All pending hearings are cancelled with the exception of any hearing on an Order to Show Cause over which the Court reserves jurisdiction.

   4.  The Debtor(s) shall immediately pay to the Clerk, U.S. Bankruptcy Court, $ 240.00 for the balance of the filing fee as required by 28 U.S.C. Section 1930.

5. The Trustee is discharged from any further duties.

Clerk's Office to Serve this Order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.